**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6836

GERALD MEACHUM,

Petitioner - Appellant,

versus

JOSEPH SMITH, Warden; UNITED STATES OF
AMERICA,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  C. Weston Houck, Senior District
Judge.  (CA-03-2730-9-12)

Submitted:  December 16, 2004      Decided:  December 21, 2004

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gerald Meachum, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerald Meachum appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition, construing the petition as a 28 U.S.C. § 2255 (2000) motion, and dismissing it as successive. We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Meachum v. Smith, No. CA-03-2730-9-12 (D.S.C. April 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED